UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELMON ROBINSON | NO. 17-6906 |
| VERSUS | SECTION "J"        MAGISTRATE # 2 |
| ERGON, INC.; MAGNOLIA MARINE TRANSPORT COMPANY; and JOHN AND JANE DOES 1-10 | JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON |

## PLAINTIFF'S REPONSE IN OPPOSITION OF PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, comes the Plaintiff, Delmon Robinson, by and through his attorney of record, and files this Plaintiff's Response in Opposition of Partial Summary Judgment. There is a genuine issue of material fact as to: whether Mr. Robinson has reached maximum cure, whether Defendants have proven each element of the *McCorpen* defense, whether the next day positive drug screen constitutes "willful misconduct" and whether Defendants arbitrarily and willfully refuse to pay maintenance and cure.

Accordingly, this Honorable Court should find that a genuine issue of material fact exists as to all issues raised in Defendants' Motion for Partial Summary Judgment and as a result the Motion should be denied in all respects.

WHEREFORE, premises considered, Plaintiff respectfully requests that this Court DENY Defendants' Motion for Partial Summary Judgment.

THIS the 25th day of June, 2018.

Respectfully submitted,

Delmon Robinson, Plaintiff

/s/      *Raynetra Gustavis*

BY:    Raynetra Gustavis

1

ATTORNEYS FOR PLAINTIFF:

Raynetra L. Gustavis (LAB #37463) (MSB # 105344)
Darryl M. Gibbs, *Pro Hac Vice* (MSB# 100232)
Rogen K. Chhabra, *Pro Hac Vice* (MSB # 99131)
CHHABRA & GIBBS, P.A.
120 North Congress, Suite 200
Jackson, Mississippi 39201
Telephone:     (601) 948-8005
Facsimile:     (601) 948-8010
rgustavis@cglawms.com
dgibbs@cglawms.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.

I further certify that there are no non-CMECF participants in this matter.

/s/      *Raynetra Gustavis*
BY:    Raynetra Gustavis

2